# Court of Appeals
# of the State of Georgia

ATLANTA,  October 23, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0346.  ERIC C. PALMER v. LESLEY L. DUDLEY.**

Eric C. Palmer filed this direct appeal from the trial court's order finding him in contempt of a child support modification order.  Appeals in domestic relations cases must be taken by application for discretionary appeal as required under OCGA § 5-6-35 (a) (2).  Because Palmer failed to follow the proper appellate procedure, his appeal is DISMISSED for lack of jurisdiction.  See *Fitzgerald v. Department of Human Resources*, 231 Ga. App. 129 (497 SE2d 659) (1998).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/23/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*